

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-16-00286-CR**
**NO. 02-16-00287-CR**

BRANDON JAY DOUTHITT

APPELLANT

V.

THE STATE OF TEXAS

STATE

----------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 1446005D, 1446004D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Brandon Jay Douthitt attempts to appeal his convictions for making a false statement to obtain property or credit or in the provision of certain services, a state jail felony, and tampering with a governmental record, a Class A misdemeanor. Tex. Penal Code Ann. §§ 32.32(c)(4), 37.10(c)(1) (West Supp. 2016). Appellant pleaded guilty in both cases pursuant to a plea-bargain

---

[1]*See* Tex. R. App. P. 47.4.

agreement and was sentenced to two years' confinement for each conviction, to run concurrently. The trial court's certification of his right to appeal in each case states that this "is a plea-bargain case, and the defendant has NO right of appeal."

By letter dated July 20, 2016, we notified Appellant that his appeals could be dismissed based on the trial court's certification unless he or any party desiring to continue the appeals filed a response on or before August 1, 2016, showing grounds for continuing the appeals. *See* Tex. R. App. P. 25.2(d), 44.3. No response has been filed.

In accordance with the trial court's certifications, we therefore dismiss Appellant's appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 25, 2016